**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:14CR00023-003 KGB | |
| ZACARIAS REYNOSO-LOPEZ | | DEFENDANT |

**ORDER**

The motion of the United States of America to dismiss the indictment as to separate defendant Zacarias Reynoso-Lopez is GRANTED (Dkt. No. 35). The indictment now pending against Mr. Reynoso-Lopez is hereby dismissed.

IT IS SO ORDERED this 11th day of March, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge